| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Lynn T. Nolan, Esq. - 039952011<br>GROSS POLOWY, LLC<br>Formed in the State of Delaware<br>2500 Plaza 5, Suite 2548<br>Jersey City, NJ 07311<br>(716)204-1700<br>E-mail: lnolan@grosspolowy.com<br>Attorneys for Creditor Nationstar Mortgage LLC<br>d/b/a Mr. Cooper | **Order Filed on May 11, 2018 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>ANGEL FLORES<br>IRIS FLORES<br><br>Debtor(s). | Case No.: 18-13619-jks<br><br>Judge: John K. Sherwood<br><br>Chapter: 13 |

# ORDER DIRECTING
# REDACTION OF PERSONAL INFORMATION

The relief set forth on the following p

DATED: May 11, 2018

Honorable John K. Sherwood
United States Bankruptcy Court

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by attorneys for creditor Nationstar Mortgage LLC d/b/a Mr. Cooper, and regarding client communication that contains personal information referenced as Docket Number 17, it is

ORDERED that the above document be immediately restricted from view on the Court's public docket, as it was erroneously filed and it is hereby

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.