UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on May 11, 2018 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Lynn T. Nolan, Esq. - 039952011

GROSS POLOWY, LLC

Formed in the State of Delaware

2500 Plaza 5, Suite 2548

Jersey City, NJ 07311

(716)204-1700

E-mail: lnolan@grosspolowy.com

Attorneys for Creditor Nationstar Mortgage LLC
d/b/a Mr. Cooper

| | |
|---|---|
| In Re: | Case No.: 18-13619-jks |
| ANGEL FLORES<br>IRIS FLORES | Judge: John K. Sherwood |
| Debtor(s). | Chapter: 13 |

## ORDER DIRECTING
## REDACTION OF PERSONAL INFORMATION

The relief set forth on the following pages

**DATED: May 11, 2018**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by attorneys for creditor Nationstar Mortgage LLC d/b/a Mr. Cooper, and regarding client communication that contains personal information referenced as Docket Number 17, it is

ORDERED that the above document be immediately restricted from view on the Court's public docket, as it was erroneously filed and it is hereby

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 18-13619-JKS
Angel Flores                                                                        Chapter 13
Iris Flores
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: May 14, 2018
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2018.
db/jdb        +Angel Flores,   Iris Flores,   19 Unneberg Avenue,   Succasunna, NJ 07876-1229

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2018 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Kevin Gordon McDonald   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
          kmcdonald@blankrome.com,   bkgroup@kmllawgroup.com
          Lynn Therese Nolan   on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
          ecfnotices@grosspolowy.com,   jbommelje@grosspolowy.com
          Lynn Therese Nolan   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
          ecfnotices@grosspolowy.com,   jbommelje@grosspolowy.com
          Marie-Ann Greenberg   magecf@magtrustee.com
          Scott D. Sherman   on behalf of Debtor Angel  Flores ssherman@minionsherman.com
          Scott D. Sherman   on behalf of Joint Debtor Iris  Flores ssherman@minionsherman.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 8