UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Scott D. Sherman, Esq.
Minion & Sherman
33 Clinton Road - Suite 105
West Caldwell, New Jersey 07006
phone 973-882-2424
fax 973-882-0856
ssherman@minionsherman.com

In Re:

ANGEL FLORES
IRIS FLORES

DEBTORS

Case No.: 18-13619

Chapter: 13

Judge: SHERWOOD

Order Filed on May 21, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 21, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____SCOTT D. SHERMAN, ESQ._____, the applicant, is allowed a fee of $ _____100.00_____ for services rendered and expenses in the amount of $_____90.75_____ for a total of $_____190.75_____ . The allowance shall be payable:

- ☒ through the Chapter 13 plan as an administrative priority.
- ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____306.00_____ per month for __remaining 33__ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*

United States Bankruptcy Court
District of New Jersey

In re:  
Angel Flores  
Iris Flores  
    Debtors

Case No. 18-13619-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 21, 2018  
                           Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2018.  
db/jdb         +Angel Flores,    Iris Flores,    19 Unneberg Avenue,    Succasunna, NJ 07876-1229

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018                                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2018 at the address(es) listed below:

           Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER  
             dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           Kevin Gordon McDonald    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
             kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com  
           Lynn Therese Nolan    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER  
             ecfnotices@grosspolowy.com,    jbommelje@grosspolowy.com  
           Lynn Therese Nolan    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
             ecfnotices@grosspolowy.com,    jbommelje@grosspolowy.com  
           Marie-Ann Greenberg    magecf@magtrustee.com  
           Scott D. Sherman    on behalf of Debtor Angel Flores ssherman@minionsherman.com  
           Scott D. Sherman    on behalf of Joint Debtor Iris Flores ssherman@minionsherman.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                  TOTAL: 8