Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−13619−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Angel Flores                                                Iris Flores
   19 Unneberg Avenue                        19 Unneberg Avenue
   Succasunna, NJ 07876                    Succasunna, NJ 07876

Social Security No.:
   xxx−xx−0909                                                  xxx−xx−6865

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on April 30, 2018.

   On 5/20/2020 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                June 25, 2020
Time:               08:30 AM
Location:           Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 20, 2020
JAN: mff

                                                                                            Jeanne Naughton
                                                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-13619-JKS
Angel Flores                                                              Chapter 13
Iris Flores
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3           Date Rcvd: May 20, 2020
                              Form ID: 185             Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2020.
```
db/jdb         +Angel Flores,   Iris Flores,   19 Unneberg Avenue,   Succasunna, NJ 07876-1229
cr             +NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,   PO Box 619096,   Dallas, TX 75261-9096
517455836      +Affinity Federal Credit Union,   c/o Peter J. Liska, LLC,   766 Shrewsbury Ave.,
                 Tinton Falls, NJ 07724-3001
517487844      +Ambulatory Anes. Physician,   195 Columbia Turnpike,   Florham Park, NJ 07932-2254
517487845      +Atlantic Medical Group,   46 W Ferris Street,   East Brunswick, NJ 08816-2159
517350883       Best Buy,   PO Box 17298,   Baltimore, MD 21297-1298
517350884       Best Buy Co. Inc.,   Retail Service,   P.O. Box 15153,   Wilmington, DE 19886-5153
517350885       Best Buy Co. Inc.,   Retail Services,   P.O. Box 17298,   Baltimore, MD 21297-1298
517350886       Best Buy Credit Services,   PO Box 183195,   Columbus, OH 43218-3195
517458925       Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
517350888      +Citibank/The Home Depot,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
                 St Louis, MO 63179-0040
517437904      +Department Stores National Bank,   Citibank, N.A.,   701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
517487843      +Emergency Physicians,   St. Claire,   25 Pocono Road,   Denville, NJ 07834-2954
517350891      +First Data,   5565 Glenridge,   Connector NE Ste 2000,   Atlanta, GA 30342-1335
517487846      +Gastroenterology Assoc of NJ,   1195 Clifton Ave,   Clifton, NJ 07013-3621
517487854      +LCA Collections,   18 Park of Commerce Blvd,   Savannah, GA 31405-7410
517487847      +Michael Harrison, Esq.,   3155 Route 10 East, Suite 214,   Denville, NJ 07834-3430
517487849      +Morris Anesthesia Group,   3799 US-46 #211,   Parsippany, NJ 07054-1060
517487848      +Morris Anesthesia Group,   PO Box 464,   Rutherford, NJ 07070-0471
517487850      +Morristown EMA,   PO Box 6312,   Parsippany, NJ 07054-7312
517487851      +Morristown EMA,   100 Madison Avenue,   Morristown, NJ 07960-6095
517487853     ++NORTHWEST RADIOLOGY ASSOCIATES,   45 PINE STREET SUITE 8,   ROCKAWAY NJ 07866-3149
                (address filed with court: Northwest Radiology Associates,   41 Pine Street,   Suite 102,
                 Rockaway, NJ 07866)
517350893      +Nationstar Mortgage LLC,   Attn: Bankruptcy,   8950 Cypress Waters Blvd,
                 Coppell, TX 75019-4620
517379306      +Nationstar Mortgage LLC d/b/a Mr. Cooper,   PO Box 619096,,   Dallas, Texas 75261-9096
517487852      +Northwest Medical Care,   21216 Northwest Fwy,   Ste 360,   Cypress, TX 77429-4696
517350894      +Paulo Cesar Flores,   29 Hillside Ave.,   Netcong, NJ 07857-1613
517350898      +St. Clares Health Hospital,   400 West Blackwell St.,   Dover, NJ 07801-2599
517350899      +St. Clares Health System,   25 Pocono Road,   Denville, NJ 07834-2954
517350904     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Co,   Toyota Financial Services,   Po Box 8026,
                 Cedar Rapids, IA 52408)
517440336      +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
517350905      +Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 20 2020 22:38:48      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 20 2020 22:38:46      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517350882      +E-mail/Text: bankruptcycare@affinityfcu.com May 20 2020 22:38:28      Affinity Fcu,
                 73 Mountainview Blvd Bld,   Basking Ridge, NJ 07920-2332
517492936       E-mail/PDF: resurgentbknotifications@resurgent.com May 20 2020 22:48:04
                 Ashley Funding Services, LLC its successors and,   assigns as assignee of Laboratory,
                 Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
517350887      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 20 2020 22:48:27      Capital One/Best Buy,
                 P.O. Box 85015,   Richmond, VA 23285-5015
517350889      +E-mail/Text: convergent@ebn.phinsolutions.com May 20 2020 22:39:01
                 Convergent Outsourcing, Inc,   Po Box 9004,   Renton, WA 98057-9004
517984715       E-mail/Text: bnc-quantum@quantum3group.com May 20 2020 22:38:43
                 Department Stores National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                 Kirkland, WA  98083-0657
517436458       E-mail/Text: mrdiscen@discover.com May 20 2020 22:38:15      Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
517350890      +E-mail/Text: mrdiscen@discover.com May 20 2020 22:38:15      Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
517350892      +E-mail/Text: bncnotices@becket-lee.com May 20 2020 22:38:21      Kohls/Capital One,
                 Kohls Credit,   Po Box 3043,   Milwaukee, WI 53201-3043
517515370       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 21 2020 08:36:21
                 Portfolio Recovery Associates, LLC,   c/o The Home Depot Consumer,   POB 41067,
                 Norfolk VA 23541
517460344       E-mail/Text: bnc-quantum@quantum3group.com May 20 2020 22:38:43
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
517350895       E-mail/Text: bkdepartment@rtresolutions.com May 20 2020 22:38:53
                 Real Time Resolutions, Inc.,   1750 Regal Row,   Suite 120,   Dallas, TX 75235-2287
```

```
District/off: 0312-2          User: admin              Page 2 of 3                    Date Rcvd: May 20, 2020
                              Form ID: 185             Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517464239       E-mail/Text: bkdepartment@rtresolutions.com May 20 2020 22:38:53
                 Real Time Resolutions, Inc.,   1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
517350896       E-mail/Text: bkdepartment@rtresolutions.com May 20 2020 22:38:53
                 Real Time Resolutions, Inc.,   1349 Empire Central Dr.,   Suite 150,    Dallas, TX 75247-4029
517350897      +E-mail/Text: bankruptcy@savit.com May 20 2020 22:39:14      Savit Coll,   Po Box 250,
                 East Brunswick, NJ 08816-0250
517895024      +E-mail/Text: jennifer.chacon@spservicing.com May 20 2020 22:39:18
                 Select Portfolio Servicing, Inc,   Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,   Salt Lake City, UT 84119-3284
517356243      +E-mail/PDF: gecsedi@recoverycorp.com May 20 2020 22:47:54      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517516946      +E-mail/PDF: gecsedi@recoverycorp.com May 20 2020 22:48:59      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
517350900      +E-mail/PDF: gecsedi@recoverycorp.com May 20 2020 22:48:56      Synchrony Bank/Lowes,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517350901      +E-mail/PDF: gecsedi@recoverycorp.com May 20 2020 22:48:56      Synchrony Bank/PC Richards & Sons,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517350902      +E-mail/PDF: gecsedi@recoverycorp.com May 20 2020 22:48:57      Synchrony Bank/Sams Club,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517350903      +E-mail/PDF: gecsedi@recoverycorp.com May 20 2020 22:48:56      Synchrony Bank/TJX,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517377143      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 20 2020 22:48:05     T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
517392950*     +Nationstar Mortgage LLC d/b/a Mr. Cooper,   PO Box 619096,   Dallas, Texas 75261-9096
517895025*     +Select Portfolio Servicing, Inc,   Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,   Salt Lake City, UT 84119-3284
                                                                                            TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 20, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
              Lynn Therese Nolan    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               ecfnotices@grosspolowy.com, lnolan@grosspolowy.com
              Lynn Therese Nolan    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               ecfnotices@grosspolowy.com, lnolan@grosspolowy.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    Select Portfolio Servicing, Inc.
               NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com
              Melissa N. Licker    on behalf of Creditor    Federal Home Loan Mortgage Corporation,
               NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com
              Phillip Andrew Raymond    on behalf of Creditor    Select Portfolio Servicing, Inc.
               phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com
              Scott D. Sherman    on behalf of Debtor Angel  Flores ssbankruptcy@minionsherman.com
              Scott D. Sherman    on behalf of Joint Debtor Iris  Flores ssbankruptcy@minionsherman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-2          User: admin               Page 3 of 3              Date Rcvd: May 20, 2020
                              Form ID: 185              Total Noticed: 55
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                                TOTAL: 11