| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2 | Order Filed on June 26, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 18-13619 JKS<br><br>Adv. No.: |
| In Re:<br>    Angel Flores and Iris Flores,<br><br>Debtors. | Judge: John K. Sherwood |

## CONSENT ORDER CURING POST-PETITION ARREARS

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: June 26, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtors: Angel Flores and Iris Flores
Case No: 18-13619 JKS
Caption of Order: CONSENT ORDER CURING POST-PETITION ARREARS
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2, holder of a mortgage on real property known as 19 Unneberg Avenue, Succasunna, NJ, 07876, with the consent of Scott D. Sherman, Esq., counsel for the Debtors, Angel Flores and Iris Flores

It is **ORDERED, ADJUDGED and DECREED** that as of June 19, 2020 Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due April 2020 through June 2020 for a total post-petition default of $6,541.83 (3 @ $2,180.61); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $6,541.83 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that the debtor will file a modified plan within twenty days of the entry of this order; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume July 1, 2020, directly to Secured Creditor's servicer, Select Portfolio Servicing, Inc., P.O. Box 65450 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

**(Page 3)**
Debtors: Angel Flores and Iris Flores
Case No: 18-13619 JKS
Caption of Order: CONSENT ORDER CURING POST-PETITION ARREARS
_____

I hereby agree and consent to the above terms and conditions:        Dated:   6/24/2020

*/s/ Denise Carlon*
_____
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR


I hereby agree and consent to the above terms and conditions:        Dated:   6/24/2020


*/s/ Scott D. Sherman*
SCOTT D. SHERMAN, ESQ., ATTORNEY FOR DEBTOR

United States Bankruptcy Court
District of New Jersey

In re:  
Angel Flores  
Iris Flores  
    Debtors

Case No. 18-13619-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jun 26, 2020  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2020.  
db/jdb       +Angel Flores,   Iris Flores,   19 Unneberg Avenue,   Succasunna, NJ 07876-1229

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                                                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2020 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER  
          dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        Denise E. Carlon    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2  
          dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        Kevin Gordon McDonald    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
          kmcdonald@blankrome.com,  bkgroup@kmllawgroup.com  
        Lynn Therese Nolan    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
          ecfnotices@grosspolowy.com,  lnolan@grosspolowy.com  
        Lynn Therese Nolan    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER  
          ecfnotices@grosspolowy.com,  lnolan@grosspolowy.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Melissa N. Licker    on behalf of Creditor    Select Portfolio Servicing, Inc.  
          NJ_ECF_Notices@mccalla.com,  mccallaecf@ecf.courtdrive.com  
        Melissa N. Licker    on behalf of Creditor    Federal Home Loan Mortgage Corporation,  
          NJ_ECF_Notices@mccalla.com,  mccallaecf@ecf.courtdrive.com  
        Phillip Andrew Raymond    on behalf of Creditor    Select Portfolio Servicing, Inc.  
          phillip.raymond@mccalla.com,  mccallaecf@ecf.courtdrive.com  
        Scott D. Sherman    on behalf of Debtor Angel Flores ssbankruptcy@minionsherman.com  
        Scott D. Sherman    on behalf of Joint Debtor Iris Flores ssbankruptcy@minionsherman.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                    TOTAL: 12