| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Chapter 13 Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840 | Order Filed on July 10, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>  ANGEL FLORES<br>  IRIS FLORES | Case No.:  18-13619 JKS<br><br>Hearing Date:  7/9/2020<br><br>Judge:  JOHN K. SHERWOOD<br><br>Debtor is Entitled To Discharge |

### ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

DATED: July 10, 2020

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  ANGEL FLORES
            IRIS FLORES

Case No.:  18-13619 JKS

Caption of Order:    ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 5/20/2020, or as amended at the confirmation hearing is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 3/1/2018, the Debtor shall pay the Standing Trustee

   the sum of $7,632.00 paid into date over 27 month(s), and then

   the sum of $400.00 for a period of 21 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586. The unsecured creditors shall receive on a pro rata basis, the balance remaining from the payments set forth in this paragraph, after payment of all administrative, priority & secured claims (i.e., Pot Plan); and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

United States Bankruptcy Court
District of New Jersey

In re:  
Angel Flores  
Iris Flores  
    Debtors

Case No. 18-13619-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Jul 10, 2020  
                            Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2020.  
db/jdb       +Angel Flores,   Iris Flores,   19 Unneberg Avenue,   Succasunna, NJ 07876-1229

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2020 at the address(es) listed below:  
          Denise E. Carlon   on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER  
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Denise E. Carlon   on behalf of Creditor   Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2  
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Kevin Gordon McDonald   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper  
           kmcdonald@blankrome.com,   bkgroup@kmllawgroup.com  
          Lynn Therese Nolan   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper  
           ecfnotices@grosspolowy.com,   lnolan@grosspolowy.com  
          Lynn Therese Nolan   on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER  
           ecfnotices@grosspolowy.com,   lnolan@grosspolowy.com  
          Marie-Ann Greenberg   magecf@magtrustee.com  
          Melissa N. Licker   on behalf of Creditor   Select Portfolio Servicing, Inc.  
           NJ_ECF_Notices@mccalla.com,   mccallaecf@ecf.courtdrive.com  
          Melissa N. Licker   on behalf of Creditor   Federal Home Loan Mortgage Corporation,  
           NJ_ECF_Notices@mccalla.com,   mccallaecf@ecf.courtdrive.com  
          Phillip Andrew Raymond   on behalf of Creditor   Select Portfolio Servicing, Inc.  
           phillip.raymond@mccalla.com,   mccallaecf@ecf.courtdrive.com  
          Scott D. Sherman   on behalf of Debtor Angel Flores ssbankruptcy@minionsherman.com  
          Scott D. Sherman   on behalf of Joint Debtor Iris Flores ssbankruptcy@minionsherman.com  
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                     TOTAL: 12