UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Scott D. Sherman, Esq.
Minion & Sherman
33 Clinton Road - Suite 105
West Caldwell, New Jersey 07006
phone 973-882-2424
fax 973-882-0856
ssherman@minionsherman.com

In Re:

ANGEL FLORES
IRIS FLORES

DEBTORS

Order Filed on July 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:      18-13619

Chapter:         13

Judge:         SHERWOOD

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 17, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ SCOTT D. SHERMAN, ESQ. _____, the applicant, is allowed a fee of $ _____ 300.00 _____ for services rendered and expenses in the amount of $_____ 0.00 _____ for a total of $_____ 300.00 _____ . The allowance shall be payable:

☒    through the Chapter 13 plan as an administrative priority.

❏    outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ N/A _____ per month for _____ N/A _____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*