Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF FEBRUARY 11, 2022

**Chapter 13 Case # 18-13619**

Re:  ANGEL FLORES                                    Atty:  SCOTT D. SHERMAN ESQ
     IRIS FLORES                                            MINION & SHERMAN
     19 UNNEBERG AVENUE                                     33 CLINTON ROAD, SUITE 105
     SUCCASUNNA, NJ  07876                                  WEST CALDWELL, NJ  07006

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $16,032.00**

### RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/06/2018 | $300.00 | 23684152004 | 04/02/2018 | $300.00 | 4799262000 |
| 04/27/2018 | $300.00 | 4865682000 | 07/03/2018 | $306.00 | 5044968000 |
| 08/06/2018 | $306.00 | 5131324000 | 08/28/2018 | $306.00 | 5186207000 |
| 10/05/2018 | $306.00 | 5292439000 | 11/02/2018 | $306.00 | 5362598000 |
| 12/03/2018 | $306.00 | 5436689000 | 01/03/2019 | $306.00 | 5515330000 |
| 01/30/2019 | $306.00 | 5579054000 | 03/05/2019 | $306.00 | 5680433000 |
| 04/08/2019 | $306.00 | 5766857000 | 05/07/2019 | $306.00 | 5844292000 |
| 06/04/2019 | $306.00 | 5915294000 | 07/05/2019 | $306.00 | 5995152000 |
| 07/30/2019 | $306.00 | 6051742000 | 09/05/2019 | $306.00 | 6154451000 |
| 10/01/2019 | $306.00 | 6218690000 | 11/04/2019 | $306.00 | 6304408000 |
| 12/03/2019 | $306.00 | 6377827000 | 01/07/2020 | $306.00 | 6465460000 |
| 02/05/2020 | $306.00 | 6539282000 | 03/03/2020 | $306.00 | 6612057000 |
| 04/03/2020 | $306.00 | 6688142000 | 05/26/2020 | $306.00 | 6811185000 |
| 06/04/2020 | $400.00 | 6843821000 | 07/06/2020 | $400.00 | 6917813000 |
| 08/06/2020 | $400.00 | 6996809000 | 09/09/2020 | $400.00 | 7074965000 |
| 10/06/2020 | $400.00 | 7142723000 | 11/10/2020 | $400.00 | 7224926000 |
| 12/04/2020 | $400.00 | 7285714000 | 01/05/2021 | $400.00 | 7359223000 |
| 02/05/2021 | $400.00 | 7435243000 | 03/08/2021 | $400.00 | 7508488000 |
| 04/07/2021 | $400.00 | 7585106000 | 05/04/2021 | $400.00 | 7649848000 |
| 06/03/2021 | $400.00 | 7718461000 | 07/07/2021 | $400.00 | 7795678000 |
| 08/09/2021 | $400.00 | 7865377000 | 09/07/2021 | $400.00 | 7931178000 |
| 10/13/2021 | $400.00 | 8011129000 | 11/03/2021 | $400.00 | 8060416000 |
| 12/10/2021 | $400.00 | 8138087000 | 01/10/2022 | $400.00 | 8200507000 |
| 02/04/2022 | $400.00 | 8256981000 | | | |

**Total Receipts:  $16,338.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $16,338.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 967.27 | |
| ATTY | ATTORNEY | ADMIN | 2,490.75 | 100.00% | 2,490.75 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AFFINITY FEDERAL CREDIT UNION | UNSECURED | 2,461.02 | * | 73.14 | |
| 0006 | CAPITAL ONE/BEST BUY | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,132.96 | * | 33.67 | |
| 0008 | CONVERGENT OUTSOURCING, INC | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | DISCOVER BANK | UNSECURED | 5,029.03 | * | 149.46 | |
| 0010 | FIRST DATA | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | CAPITAL ONE NA | UNSECURED | 109.48 | * | 0.00 | |
| 0012 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 2,206.99 | 100.00% | 2,206.99 | |
| 0013 | PAULO CESAR FLORES | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | SAVIT COLL | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | ST. CLARES HEALTH HOSPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | SYNCHRONY BANK/LOWES | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | SYNCHRONY BANK/PC RICHARDS & SON | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | SYNCHRONY BANK | UNSECURED | 100.96 | * | 0.00 | |
| 0022 | QUANTUM3 GROUP LLC AS AGENT FOR | UNSECURED | 377.36 | * | 11.21 | |
| 0023 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0025 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 308.30 | * | 5.41 | |
| 0028 | REALTIME RESOLUTIONS INC | UNSECURED | 102,084.15 | * | 3,033.38 | |
| 0029 | AFFINITY FEDERAL CREDIT UNION | UNSECURED | 1,543.24 | * | 45.87 | |
| 0030 | TMOBILE/T-MOBILE USA | UNSECURED | 243.12 | * | 5.51 | |
| 0031 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 59.84 | * | 0.00 | |
| 0032 | SELECT PORTFOLIO SERVICING INC | (NEW) MTG Agree | 6,541.83 | 100.00% | 6,541.83 | |

Total Paid: $15,564.49
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| AFFINITY FEDERAL CREDIT UNION | | | | | | | |
| | 08/19/2019 | $5.13 | 831109 | | 09/16/2019 | $6.37 | 833151 |
| | 09/16/2019 | $7.21 | 833151 | | 10/21/2019 | $6.54 | 835149 |
| | 11/18/2019 | $6.29 | 837244 | | 11/18/2019 | $8.05 | 837244 |
| | 12/16/2019 | $6.29 | 839183 | | 01/13/2020 | $6.29 | 841070 |
| | 01/13/2020 | $7.89 | 841070 | | 02/10/2020 | $6.29 | 842945 |
| | 03/16/2020 | $6.31 | 844851 | | 03/16/2020 | $7.90 | 844851 |
| | 04/20/2020 | $6.29 | 846798 | | 05/18/2020 | $5.97 | 848725 |
| | 05/18/2020 | $7.69 | 848725 | | 01/10/2022 | $7.13 | 884076 |
| | 01/10/2022 | $11.37 | 884076 | | | | |
| DEPARTMENT STORES NATIONAL BANK | | | | | | | |
| | 02/10/2020 | $5.41 | 843153 | | | | |
| DISCOVER BANK | | | | | | | |
| | 08/19/2019 | $10.48 | 831364 | | 09/16/2019 | $13.02 | 833380 |
| | 10/21/2019 | $13.36 | 835407 | | 11/18/2019 | $12.86 | 837479 |
| | 12/16/2019 | $12.86 | 839411 | | 01/13/2020 | $12.86 | 841274 |
| | 02/10/2020 | $12.86 | 843163 | | 03/16/2020 | $12.86 | 845075 |
| | 04/20/2020 | $12.86 | 847018 | | 05/18/2020 | $12.21 | 848908 |
| | 12/13/2021 | $6.36 | 882619 | | 01/10/2022 | $16.87 | 884271 |

**Chapter 13 Case # 18-13619**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 09/16/2019 | $5.29 | 8001195 | 11/18/2019 | $5.91 | 8001282 |
| | 01/13/2020 | $5.79 | 8001363 | 03/16/2020 | $5.80 | 8001443 |
| | 05/18/2020 | $5.64 | 8001532 | 01/10/2022 | $5.24 | 8002633 |
| QUANTUM3 GROUP LLC | | | | | | |
| | 01/13/2020 | $5.65 | 8001365 | | | |
| QUANTUM3 GROUP LLC AS AGENT FOR | | | | | | |
| | 01/10/2022 | $5.56 | 884676 | | | |
| REALTIME RESOLUTIONS INC | | | | | | |
| | 08/19/2019 | $212.79 | 831867 | 09/16/2019 | $264.35 | 833860 |
| | 10/21/2019 | $271.21 | 835910 | 11/18/2019 | $261.03 | 837966 |
| | 12/16/2019 | $261.03 | 839852 | 01/13/2020 | $261.05 | 841740 |
| | 02/10/2020 | $261.02 | 843616 | 03/16/2020 | $261.00 | 845543 |
| | 04/20/2020 | $261.03 | 847487 | 05/18/2020 | $247.82 | 849312 |
| | 12/13/2021 | $129.18 | 883036 | 01/10/2022 | $341.87 | 884684 |
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 12/17/2018 | $119.39 | 816232 | 01/14/2019 | $288.56 | 818157 |
| | 02/11/2019 | $288.56 | 820060 | 03/18/2019 | $288.56 | 822040 |
| | 04/15/2019 | $288.56 | 824063 | 05/20/2019 | $288.56 | 826083 |
| | 06/17/2019 | $293.76 | 828035 | 07/15/2019 | $293.76 | 829900 |
| | 08/19/2019 | $57.28 | 831922 | 07/20/2020 | $358.92 | 852900 |
| | 08/17/2020 | $370.00 | 854737 | 09/21/2020 | $370.00 | 856600 |
| | 10/19/2020 | $370.00 | 858444 | 11/16/2020 | $370.00 | 860217 |
| | 12/21/2020 | $370.00 | 862071 | 01/11/2021 | $370.00 | 863762 |
| | 02/22/2021 | $370.00 | 865595 | 03/15/2021 | $370.00 | 867311 |
| | 04/19/2021 | $370.00 | 869112 | 05/17/2021 | $370.00 | 870958 |
| | 06/21/2021 | $376.00 | 872789 | 07/19/2021 | $376.00 | 874534 |
| | 08/16/2021 | $376.00 | 876240 | 09/20/2021 | $376.00 | 878016 |
| | 10/18/2021 | $376.00 | 879747 | 11/17/2021 | $380.00 | 881446 |
| | 12/13/2021 | $222.91 | 883080 | | | |
| TMOBILE/T-MOBILE USA | | | | | | |
| | 04/20/2020 | $5.51 | 847903 | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: February 11, 2022.

Receipts: $16,338.00    -    Paid to Claims: $12,106.47    -    Admin Costs Paid: $3,458.02    =    Funds on Hand: $773.51

Base Plan Amount: $16,032.00    -    Receipts: $16,338.00    =    Total Unpaid Balance: **($306.00)

**NOTE**: THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.