| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>MINION & SHERMAN<br>By:   Scott D. Sherman, Esquire<br>33 Clinton Road, Suite 105<br>West Caldwell, New Jersey 07006<br>(973) 882-2424 | Order Filed on March 11, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>     ANGEL FLORES<br>     IRIS FLORES,<br><br>                    Debtors | Case No.:    18-13619<br><br>Chapter:       13<br><br>Judge:          SHERWOOD |

### CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE MORTGAGE LIEN OF RECORD

<u>X</u> MORTGAGE       LIEN       OTHER   (SPECIFY) _____

| |
|---|
| Recommended Local Form    Followed   <u>X</u> Modified |

The relief set forth on the following page is hereby **ORDERED.**

**DATED: March 11, 2022**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**NOTE TO RECORDING OFFICER**:  THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage Lien referenced below discharged and cancelled of record.

3. Description of Mortgage Lien:

    a. Original Mortgagee/Lienholder:  First Magnus Financial Corporation
    b. Current Assignee:  Mortgage Electronic Registration Systems, Inc.
    c. Current Servicer:  Real Time Resolutions, Inc.
    d. Date of Mortgage:       7/24/2006
    e. Date of Recordation:     7/31/2006 (re-recorded 7/20/2007)
    f. Place of Recordation: Morris County Clerk
    g. Mortgage Book  20577, Page 844 (re-recorded Book 20872, Page 1717)
    h. Original Principal Balance of Mortgage: $83,000.00

4. The Mortgage Lien referenced in this Order is hereby cancelled, voided and/or discharged of record.

5. A certified or exemplified copy of this Order shall be recorded by the Morris County Register/Clerk with whom the Mortgage was recorded.