| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>MINION & SHERMAN<br>By:   Scott D. Sherman, Esquire<br>33 Clinton Road, Suite 105<br>West Caldwell, New Jersey 07006<br>(973) 882-2424 | **Order Filed on March 11, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>    ANGEL FLORES<br>    IRIS FLORES,<br><br>            Debtors | Case No.:    18-13619<br><br>Chapter:    13<br><br>Judge:    <u>SHERWOOD</u> |

### CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE MORTGAGE LIEN OF RECORD

<u>X</u> **MORTGAGE**    **LIEN**    **OTHER  (SPECIFY)** _____

| |
|---|
| Recommended Local Form    Followed   <u>X</u> Modified |

The relief set forth on the following page is hereby **ORDERED.**

**DATED: March 11, 2022**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**NOTE TO RECORDING OFFICER**:  THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage Lien referenced below discharged and cancelled of record.

3. Description of Mortgage Lien:

    a. Original Mortgagee/Lienholder:  First Magnus Financial Corporation
    b. Current Assignee:  Mortgage Electronic Registration Systems, Inc.
    c. Current Servicer:  Real Time Resolutions, Inc.
    d. Date of Mortgage:         7/24/2006
    e. Date of Recordation:      7/31/2006 (re-recorded 7/20/2007)
    f. Place of Recordation: Morris County Clerk
    g. Mortgage Book  20577, Page 844 (re-recorded Book 20872, Page 1717)
    h. Original Principal Balance of Mortgage: $83,000.00

4. The Mortgage Lien referenced in this Order is hereby cancelled, voided and/or discharged of record.

5. A certified or exemplified copy of this Order shall be recorded by the Morris County Register/Clerk with whom the Mortgage was recorded.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-13619-JKS |
| Angel Flores | Chapter 13 |
| Iris Flores | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 11, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Angel Flores, Iris Flores, 19 Unneberg Avenue, Succasunna, NJ 07876-1229 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2022    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kmcdonald@blankrome.com  bkgroup@kmllawgroup.com |
| Lynn Therese Nolan | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ecfnotices@grosspolowy.com lnolan@grosspolowy.com |
| Lynn Therese Nolan | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 11, 2022 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ecfnotices@grosspolowy.com  lnolan@grosspolowy.com

Marie-Ann Greenberg

    magecf@magtrustee.com

Marie-Ann Greenberg

    on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Melissa N. Licker

    on behalf of Creditor Select Portfolio Servicing  Inc. mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

Melissa N. Licker

    on behalf of Creditor Federal Home Loan Mortgage Corporation  mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

Phillip Andrew Raymond

    on behalf of Creditor Select Portfolio Servicing  Inc. phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Phillip Andrew Raymond

    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2 as serviced by Select Portfolio Servicing, Inc. phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Scott D. Sherman

    on behalf of Debtor Angel Flores ssherman@minionsherman.com

Scott D. Sherman

    on behalf of Joint Debtor Iris Flores ssherman@minionsherman.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14