# MINION & SHERMAN

ATTORNEYS AT LAW

Scott D. Sherman*
Stuart D. Minion†
----------------

*Member NJ, NY & PA Bar
†Member NJ & NY Bar

33 CLINTON ROAD
SUITE 105
WEST CALDWELL, NEW JERSEY 07006

Telephone:
973-882-2424

Facsimile:
973-882-0856

WRITER'S E-MAIL: ssherman@minionsherman.com

March 17, 2022

***Via ECF***
Clerk
United States Bankruptcy Court
50 Walnut Street - 3rd Floor
Newark, NJ 07102

*Re:*    ***Angel and Iris Flores***
         ***Case #18-13619***

Dear Sir/Madam:

Please accept this letter as a request for the Clerk to provide Certified Copies with the Seal of the Bankruptcy Court of Order Authorizing Cancellation of Mortgage entered in the above case (Document #68 on the case docket). You may charge payment electronically. If you are unable to do that, please let me know the amount and we will send a check to cover the fee.

In the event you have any questions or comments please do not hesitate to contact me. sincerely yours

*/s/ Scott D. Sherman*
Scott D. Sherman

SDS/dl