# MINION & SHERMAN
### ATTORNEYS AT LAW
33 CLINTON ROAD
SUITE 105
WEST CALDWELL, NEW JERSEY 07006

SCOTT D. SHERMAN*+
STUART D. MINION+

TELEPHONE (973) 882-2424
FACSIMILE  (973) 882-0856

WRITER'S E-MAIL: ssherman@minionsherman.com

* ALSO ADMITTED IN PENNSYLVANIA
+ ALSO ADMITTED IN NEW YORK

March 18, 2022

<u>*Via Fed Ex Super Saver*</u>
U.S.B.C.
51 Walnut Street
3rd Floor
Newark, NJ 07102

Re :   ***Angel and Iris Flores***
***Chapter 13 Order Authorizing Cancellation Voiding and/or***
***Discharge of UCC Financing Statement***
***Case No: 18-13614***

*DJ 187346-2009*

Dear Sir/Madam:

Enclosed herewith, please find a copy of the Order Authorizing Mortgage Cancellation Voiding and/or Discharge of Record in the above captioned matter. Please accept this letter as a request for the certified order of same with the seal from the bankruptcy Court. Also enclosed is this firm's check for $12.00 to cover the fee. And

In the event you have any questions or comments please do not hesitate to contact me.

Very truly yours,

Scott D. Sherman

SDS/dl
Encl.

