| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Angel Flores<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0909<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Iris Flores<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6865<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–13619–JKS | |

# Order of Discharge                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Angel Flores                                                Iris Flores

4/22/22                                                    **By the court:** <u>John K. Sherwood</u>
                                                                           United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-13619-JKS |
| Angel Flores | Chapter 13 |
| Iris Flores | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 22, 2022 | Form ID: 3180W | Total Noticed: 55 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Angel Flores, Iris Flores, 19 Unneberg Avenue, Succasunna, NJ 07876-1229 |
| 517455836 | + | Affinity Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |
| 517487844 | + | Ambulatory Anes. Physician, 195 Columbia Turnpike, Florham Park, NJ 07932-2254 |
| 517487845 | + | Atlantic Medical Group, 46 W Ferris Street, East Brunswick, NJ 08816-2159 |
| 517350884 | | Best Buy Co. Inc., Retail Service, P.O. Box 15153, Wilmington, DE 19886-5153 |
| 517487843 | + | Emergency Physicians, St. Claire, 25 Pocono Road, Denville, NJ 07834-2954 |
| 519537681 | | Federal Home Loan Mortgage Corporation, et al., Select Portfolio Servicing, Inc., Bankruptcy Department, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 517350891 | + | First Data, 5565 Glenridge, Connector NE Ste 2000, Atlanta, GA 30342-1335 |
| 517487846 | + | Gastroenterology Assoc of NJ, 1195 Clifton Ave, Clifton, NJ 07013-3621 |
| 517487854 | + | LCA Collections, 18 Park of Commerce Blvd, Savannah, GA 31405-7410 |
| 517487847 | + | Michael Harrison, Esq., 3155 Route 10 East, Suite 214, Denville, NJ 07834-3430 |
| 517487848 | + | Morris Anesthesia Group, PO Box 464, Rutherford, NJ 07070-0471 |
| 517487850 | + | Morristown EMA, PO Box 6312, Parsippany, NJ 07054-7312 |
| 517487851 | + | Morristown EMA, 100 Madison Avenue, Morristown, NJ 07960-6095 |
| 517487853 | ++ | NORTHWEST RADIOLOGY ASSOCIATES, 45 PINE STREET SUITE 8, ROCKAWAY NJ 07866-3149 address filed with court:, Northwest Radiology Associates, 41 Pine Street, Suite 102, Rockaway, NJ 07866 |
| 517487852 | + | Northwest Medical Care, 21216 Northwest Fwy, Ste 360, Cypress, TX 77429-4696 |
| 517350894 | + | Paulo Cesar Flores, 29 Hillside Ave., Netcong, NJ 07857-1613 |
| 517895024 | + | Select Portfolio Servicing, Inc, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 517350898 | + | St. Clares Health Hospital, 400 West Blackwell St., Dover, NJ 07801-2599 |
| 517350899 | + | St. Clares Health System, 25 Pocono Road, Denville, NJ 07834-2954 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 22 2022 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 22 2022 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 22 2022 20:36:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, PO Box 619096, Dallas, TX 75261-9096 |
| 517350882 | + | Email/Text: bankruptcycare@affinityfcu.com | Apr 22 2022 20:36:00 | Affinity Fcu, 73 Mountainview Blvd Bld, Basking Ridge, NJ 07920-2332 |
| 517492936 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 22 2022 20:41:25 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO |

Case 18-13619-JKS    Doc 76    Filed 04/24/22    Entered 04/25/22 00:15:24    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 22, 2022 | Form ID: 3180W | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| | | | | Box 10587, Greenville, SC 29603-0587 |
| 517350883 | | EDI: HFC.COM | Apr 23 2022 00:33:00 | Best Buy, PO Box 17298, Baltimore, MD 21297-1298 |
| 517350885 | | EDI: HFC.COM | Apr 23 2022 00:33:00 | Best Buy Co. Inc., Retail Services, P.O. Box 17298, Baltimore, MD 21297-1298 |
| 517350886 | | EDI: CITICORP.COM | Apr 23 2022 00:33:00 | Best Buy Credit Services, PO Box 183195, Columbus, OH 43218-3195 |
| 517458925 | | Email/PDF: bncnotices@becket-lee.com | Apr 22 2022 20:41:25 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517350887 | + | EDI: CAPITALONE.COM | Apr 23 2022 00:33:00 | Capital One/Best Buy, P.O. Box 85015, Richmond, VA 23285-5015 |
| 517350888 | + | EDI: CITICORP.COM | Apr 23 2022 00:33:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 517350889 | + | EDI: CONVERGENT.COM | Apr 23 2022 00:33:00 | Convergent Outsourcing, Inc, Po Box 9004, Renton, WA 98057-9004 |
| 517437904 | + | EDI: CITICORP.COM | Apr 23 2022 00:33:00 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 517350905 | + | EDI: CITICORP.COM | Apr 23 2022 00:33:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517984715 | | EDI: Q3G.COM | Apr 23 2022 00:33:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517436458 | | EDI: DISCOVER.COM | Apr 23 2022 00:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517350890 | + | EDI: DISCOVER.COM | Apr 23 2022 00:33:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 519537681 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 22 2022 20:37:00 | Federal Home Loan Mortgage Corporation, et al., Select Portfolio Servicing, Inc., Bankruptcy Department, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 517350892 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 22 2022 20:36:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 517350893 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 22 2022 20:36:00 | Nationstar Mortgage LLC, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 517379306 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 22 2022 20:36:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096,, Dallas, Texas 75261-9096 |
| 517515370 | | EDI: PRA.COM | Apr 23 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517460344 | | EDI: Q3G.COM | Apr 23 2022 00:33:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517350895 | | Email/Text: bkdepartment@rtresolutions.com | Apr 22 2022 20:36:00 | Real Time Resolutions, Inc., 1750 Regal Row, Suite 120, Dallas, TX 75235-2287 |
| 517350896 | | Email/Text: bkdepartment@rtresolutions.com | Apr 22 2022 20:36:00 | Real Time Resolutions, Inc., 1349 Empire Central Dr., Suite 150, Dallas, TX 75247-4029 |
| 517464239 | | Email/Text: bkdepartment@rtresolutions.com | Apr 22 2022 20:36:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 517350897 | + | Email/Text: bankruptcy@savit.com | Apr 22 2022 20:37:00 | Savit Coll, Po Box 250, East Brunswick, NJ 08816-0250 |
| 517895024 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 22 2022 20:37:00 | Select Portfolio Servicing, Inc, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Lake City, UT 84119-3284 |
| 517516946 | + | EDI: RMSC.COM | Apr 23 2022 00:33:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517356243 | + | EDI: RMSC.COM | Apr 23 2022 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517350900 | + | EDI: RMSC.COM | Apr 23 2022 00:33:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517350901 | + | EDI: RMSC.COM | Apr 23 2022 00:33:00 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517350902 | + | EDI: RMSC.COM | Apr 23 2022 00:33:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517350903 | + | EDI: RMSC.COM | Apr 23 2022 00:33:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517377143 | + | EDI: AIS.COM | Apr 23 2022 00:33:00 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517350904 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 22 2022 20:36:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 517440336 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 22 2022 20:36:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 519537682 | * | Federal Home Loan Mortgage Corporation, et al., Select Portfolio Servicing, Inc., Bankruptcy Department, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 517392950 | *+ | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, Texas 75261-9096 |
| 517895025 | *+ | Select Portfolio Servicing, Inc, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 517487849 | ##+ | Morris Anesthesia Group, 3799 US-46 #211, Parsippany, NJ 07054-1060 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2022 at the address(es) listed below:**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Apr 22, 2022 | Form ID: 3180W | Total Noticed: 55 |

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kmcdonald@blankrome.com bkgroup@kmllawgroup.com |
| Lynn Therese Nolan | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ecfnotices@grosspolowy.com lnolan@grosspolowy.com |
| Lynn Therese Nolan | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ecfnotices@grosspolowy.com lnolan@grosspolowy.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor Select Portfolio Servicing Inc. mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Melissa N. Licker | on behalf of Creditor Federal Home Loan Mortgage Corporation mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2 phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor Select Portfolio Servicing Inc. phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2 as serviced by Select Portfolio Servicing, Inc. phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Scott D. Sherman | on behalf of Debtor Angel Flores ssherman@minionsherman.com |
| Scott D. Sherman | on behalf of Joint Debtor Iris Flores ssherman@minionsherman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 15